**Order entered October 5, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00054-CV

**CHRISTIAN HEYER, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF WESTERLAND PARTNERS, LLC, Appellant**

**V.**

**CHRISTIAN GROENKE, ERIC PEUS, BRENT PEUS, AND JOSEPH PEUS, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-08521**

## ORDER

We **GRANT** appellees' October 3, 2016 unopposed third motion for an extension of time to file a brief and extend the time to **OCTOBER 28, 2016**. No further extension will be granted by this Court.

We **DIRECT** the Clerk of the Court to set this appeal at issue.

/s/    ELIZABETH LANG-MIERS
       JUSTICE